

FILED

09/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0217

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0217

IN THE MATTER OF:

T.N.B., A.M.B., and S.M.B.,

Youths in Need of Care.

FILED

SEP 02 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On June 24, 2020, Appellant Father of T.N.B., A.M.B., and S.M.B., via counsel, filed a motion for extension of time to file the opening brief, and this Court granted Appellant until July 28, 2020, to do so, further advising that no further extensions of time would be granted. Appellant did not thereafter file an opening brief and on August 5, 2020, this Court ordered that Appellant file the opening brief no later than August 25, 2020. Nothing further has been filed.

THEREFORE,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record and to Appellant Father personally.

DATED this 2nd day of September, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2